UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLITA BLANCO,

Plaintiff,

-against-

HUD – DISTRICT OF COLUMBIA,

Defendant.

26-CV-8764 (LTS)

CIVIL JUDGMENT

Pursuant to the order dated November 16, 2026, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for the reasons stated in the Court's November 16, 2026 order of dismissal.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 16, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge